# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3611
LT Case No. 2023-CA-008481

_____

ERICK JOSE ALANIZ,

    Appellant,

    v.

FREEDOM MORTGAGE
CORPORATION, BARTRAM CREEK
HOMEOWNERS ASSOCIATION,
INC., and EMILY A. ALANIZ,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

Erick Jose Alaniz, Jacksonville, pro se.

No Appearance for Appellees.

February 20, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____